FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 11 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
__Northern__ DIVISION

__Iris Monique Greenway__
(Print your full name)

Plaintiff *pro se*,

v.

__Hyundai Capitol America__
__4100 Wildwood Parkway__
__Atlanta, Ga 30339__
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

__1:20-CV-3761__

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

     Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name     Iris Monique Greenway
   Address  259 McKinley Loop Road
            McDonough, Ga 30253

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name     Hyundai Capitol America
   Address  4100 Wildwood Parkway
            Atlanta, Ga 30339

   Name     Yagou Ndiaye
   Address  4100 Wildwood Parkway
            Atlanta, Georgia 30339

   Name     Janielle Samuels
   Address  4100 Wildwood Parkway
            Atlanta, Georgia 30339

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   _____
   _____

Page 3 of 9

6.  When did the alleged discrimination occur? (State date or time period)

    April 2019

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: June 18, 2020

9.  If you are suing for **age discrimination**, check one of the following:

    ____  60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ____  Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_ Yes          \_\_\_\_ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_ Yes          \_\_\_\_ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me
    \_\_\_\_ failure to promote me
    \_\_\_\_ demotion
    \_\_\_\_ reduction in my wages
    \_\_\_\_ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    \_\_\_\_ termination of my employment
    \_\_\_\_ failure to accommodate my disability
    \_\_\_\_ other (please specify) Harassment due to Mental Illness.

13. I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_ my race or color, which is _____
    \_\_\_\_ my religion, which is _____
    \_\_\_\_ my sex (gender), which is   \_\_\_\_ male    \_\_\_\_ female
    \_\_\_\_ my national origin, which is _____
    \_\_\_\_ my age (my date of birth is _____ )
    ✓ my disability or perceived disability, which is:
    Mental Illness

    \_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

The harassment was initiated by Yagou Ndiaye in April of 2019. She's a Manager at Hyundai and often harrassed me due to my mental illness. The remarks became so frequent that it created a hostile and offensive work environment. This harassment became so severe it has affected my ability to sleep, mental health, intimidation, post tramatic stress disorder, panick attacks, and work relationships. Plus, agent's were used when Yagou was conspiring to harass - Jason Curry, Jason Barnes, Addis Kinde, Janielle Samuel, Shariff Harris, Sylvia Corbin, Kimberly Thomas, Chante Whatley, Lanatha Thomas, and Jania Delaney. My supervisor was Roderick Smith and his personal relationship/friendship was used to enable Yagou's adverse actions towards me.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Yagou's team and Roderick Smith's team is within 10 feet of each other. She instructed for her team and our team to take a sexual harrassment compliance test. Everyone was given access to take the take besides me. In addition, I asked my manager about taking the sexual harassment test and it wasn't visible in my system his reply was you probably already have taken the test. The team took the test however I didn't get a chance to and I was being harassed. I pulled my (August 7, 2019) manager Roderick Smith in a meeting and discussed being disrespected by other agents and my medical history being discussed by him with agents and him participating with agents to harass me and making feel uncomfortable to due my mental illness. On Thursday, August 8, 2019 Yagou came to work yelling on the collections floor that she was tired of me being there because I am crazy and Janielle Samuel stated she need's to be receiving a check. I was often followed in the bathroom by Janielle Samuel and around other areas of the building. Yagou often involved other managers such as Brian Richardson to harrass me. The harassment became so severe the work environment became hostile.

It became difficult for me to concentrate on my work. As a result, it affected my production. The environment become so toxic because of Yagou's actions, employees, and other managers. I had a mental breakdown on several occasions sometimes at work. The final mental episode caused me a severe mental breakdown and I ended up in a mental institution. This was the final straw. I left this job in August of 2019 due to unreasonable working conditions.

15. Plaintiff ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes  ✓ No

    If you checked "Yes," please explain: _____

    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to Compensate for discrimination due to Mental Illness,

____ Money damages (list amounts) _____

____ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __11__ day of __September__, 20__20__

_(Iris M Greenway)_
(Signature of plaintiff *pro se*)

__Iris Monique Greenway__
(Printed name of plaintiff *pro se*)

__259 McKinley Loop Road__
(street address)

__McDonough, GA 30253__
(City, State, and zip code)

__iris.greenway@gmail.com__
(email address)

__404-924-9977__
(telephone number)

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Iris Greenway<br>259 Mckinley Hoop Road<br>Mcdonough, GA 30253 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2019-05449 | **Antwan D. Matthews,**<br>**Investigator** | **(404) 562-6926** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Terry Tollefson    For    June 18, 2020

Enclosures(s)     **Darrell E. Graham,**
**District Director**     *(Date Mailed)*

cc:

Tracey Harmon – Human Resource Manager
HYUNDAI CAPITOL AMERICA
4100 Wildwood Avenue
Atlanta, GA 30340

Hunter Wheaton – Legal Assistant
Spielberger Law Group
4890 W. Kennedy Blvd., Ste. 950
Tampa, FL 33609